## AFFIDAVIT OF SERVICE

United States District Court, Southern District of New York
08 CIV. 6353

State of Massachusetts: County of Norfolk SS:

I, Constable Walker C. Farrar, being duly sworn deposes and says, I have been duly authorized to make service of the documents listed herein in the above titled case. I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

On July 28, 2008, at 9:00 AM, I did serve a true copy of the within Summons, to together with copies of the Complaint & Rule 7.1 in this action upon South Shore Painting.

Said service was effected at 12 Sylvan Road, Sharon, MA 02067, by:

☐ PERSONAL SERVICE: Served the within named South Shore Painting in-hand.

☒ ~~SUBSTITUTE~~/CORPORATE: By serving James F. Keating, Jr., the Authorized Agent of South Shore Painting at 12 Sylvan Road, Sharon, MA 02067, ~~and then (if required) later the same/next day mailing additional copies to South Shore Painting at the same address~~.

☐ LAST & USUAL SERVICE: By posting the documents in a conspicuous place at 12 Sylvan Road, Sharon, MA 02067, the last and usual abode of South Shore Painting, and then later the same/next day mailing additional copies to South Shore Painting at the same address.

☐ NON SERVICE: For the reasons detailed in the comments below.

COMMENTS:

The person accepting service is described as follows:
Gender: Male   Race/Skin: White   Hair: Grey   Glasses: No   Age: 45-55   Height: 6' 0"   Weight: 175-200

Military Status: ☐ N/A   ☒ Not in Military   ☐ Active Duty Military

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Constable Walker C. Farrar
Speedy Lawyers Service

Subscribed and sworn to before me, a notary public, on August 05, 2008.
Greg A. Pearce — My Commission Expires: May 07, 2010

08-002159