UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND                 Index No.: 08-CIV-6353 (KMK)
ANNUITY FUNDS,

                                    Plaintiffs,                **VOLUNTARY NOTICE**
                                                        **OF DISMISSAL**

      -against-

SOUTH SHORE PAINTING,

                                    Defendant.
-------------------------------------------------------------------x

        Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action. Without Prejudice.

Dated: September 5, 2008
         Elmsford, New York

                                                  Dana L. Henke, Esq. (DLH3025)
                                                  Attorney for Plaintiff
                                                  258 Saw Mill River Road
                                                  Elmsford, New York 10523
                                                  (914) 592-1515

SO ORDERED

_____
Honorable Kenneth M. Karas, U.S.D.J.